IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER REVOKING DEFENDANT'S** |
| Plaintiff, | ) | **PRE-SENTENCE RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:09-cr-075 |
| Corey Goodiron, | ) | |
| | ) | |
| Defendant. | ) | |

The court convened a hearing on a petition for revocation of Defendant's pre-sentence release. AUSA Rick Volk appeared on the Government's behalf. Assistant Federal Public Defender Orell Schmitz appeared on Defendant's behalf.

At the outset of the hearing, Defendant advised the court that he was not contesting the fact that he possessed the substance in violation of the Bismarck Transition Center's rules. Based upon the record of this and prior proceedings, the court finds hat there are no other conditions it can impose upon Defendant that would reasonably ensure the safety of the community. Consequently, the court **REVOKES** the conditions of Defendant's pre-sentence release. The court **FURTHER ORDERS** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge